IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ALLEN JONES, **Plaintiff,** | : : : | CIVIL ACTION |
| v. | : : | |
| THERESA DELBALSO, *et al.,* **Defendants.** | : : | NO. 17-4390 |

FILED
NOV -9 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 9th day of November, 2017, upon consideration of Jones's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Christopher Allen Jones, #BU-8487, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Jones, an initial partial filing fee of $14.63 is assessed. The Warden or other appropriate official at SCI Mahanoy or at any other prison at which Jones may be incarcerated is directed to deduct $14.63 from Jones's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-4390. In each succeeding month when the amount in Jones's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Jones's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-4390.

3. The Clerk of Court is directed to send a copy of this order to the Superintendent of SCI Mahanoy.

4. Jones's Complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Jones may not file an amended complaint in this matter. However, his claims are dismissed without prejudice to him filing a *habeas corpus* petition or filing a new civil action for damages against an appropriate defendant in the event his convictions and sentence are overturned or otherwise called into question.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*signature*

**PETRESE B. TUCKER, J.**